**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-7016**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HARRY L. DANTZLER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CR-01-331)

_____

Submitted: February 23, 2006          Decided: March 1, 2006

_____

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Harry L. Dantzler, Appellant Pro Se. John Michael Barton, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harry L. Dantzler appeals the district court's order denying his motion to amend the complaint, Fed. R. Civ. P. 15. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Dantzler, No. CR-01-331 (D.S.C. June 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED